IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANGELA MULLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:20-cv-00373 |
| ) | |
| WILLIAM MITCHELL, and ) | |
| MJC ACQUISITION LLC ) | |
| d/b/a MATILDA JANE CLOTHING, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

COME NOW Plaintiff, Angela Mullen, by counsel, and Defendants, William Mitchell and MJC Acquisition LLC d/b/a Matilda Jane Clothing, by counsel, and hereby stipulate that this cause of action be dismissed, with prejudice, costs paid.


/s/ Kevin P. Podlaski
Kevin P. Podlaski, #25168-02
PODLASKI LLP
803 S. Calhoun Street, Suite 110
Fort Wayne, IN 46802
PH: (260) 782-1712
kevin@podlaskilegal.com
*Attorney for Plaintiff*

/s/ Michael A. Kreppein
Michael A. Kreppein, #22430-64
Wilson Elser Moskowitz Edelman & Dicker, LLP
233 E. 84th Drive Park Tower 201
Merrillville, IN 46410
Michael.kreppein@wilsonelser.com
*Attorney for Defendants*